## Commonwealth *v.* Hayward, Appellant.

Submitted March 28, 1973. *Herbert J. Hutton,* for appellant; *Albert L. Becker, James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.